COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: LEONARD          JASON            T
         (Last)          (First)         (Middle Initial)

Prisoner Number: BB5861

Institutional Address: CALIFORNIA STATE PRISON - SACRAMENTO
100 PRISON ROAD, REPRESA CA 95671

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON THOR LEONARD
(Enter your full name.)

vs.

CALIFORNIA STATE PRISON SACRAMENTO
C.O. A. BRITTON AND C.O. S. BARTLETT
(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Provided by the clerk upon filing)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  PAROLED

B. Is there a grievance procedure in this institution?    YES ☒    NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☒    NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal:  SAC HC 20000896

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

1      2. First formal level: _____

2      _____

3      _____

4      3. Second formal level: _____

5      _____

6      _____

7      4. Third formal level: _____

8      _____

9      _____

10 E. Is the last level to which you appealed the highest level of appeal available to you?

11     YES ☒     NO ☐

12 F. If you did not present your claim for review through the grievance procedure, explain why.

13 _____

14 _____

15 _____

16 **II. Parties.**

17 A. Write your name and present address. Do the same for additional plaintiffs, if any.

18 JASON THOR LEONARD

19 10085 BAFFIN DRIVE

20 SAN DIEGO, CA 92126

21 B. For each defendant, provide full name, official position and place of employment.

22 CORRECTIONAL OFFICER A. BRITTON

23 CORRECTIONAL OFFICER S. BARTLETT

24

25 FLOOR STAFF FOR BRAVO SEVEN

26 CALIFORNIA STATE PRISON - SACRAMENTO

27

28

PRISONER COMPLAINT (rev. 8/2015)
*Page 2 of 3*

### III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 6.30.2020 IN BRAVO SEVEN CORRECTIONAL OFFICERS A. BRITTON AND S. BARTLETT ESCORTED ME PAST CELL #205, WHERE INMATE ERIC GULBRONS CDC#H52054 USED A SPEAR TO STAB ME THROUGH A BROKEN WINDOW. THE ENTIRE STAFF IN BRAVO SEVEN INCLUDING A. BRITTON AND S. BARTLETT KNEW THAT INMATE ERIC GULBRONS CELL WINDOW WAS BROKEN FOR THIRTY MINUTES. INMATE ERIC GULBRONS HAS A LONG HISTORY THAT IS WELL DOCUMENTED BY CDCR OF SPEARING INMATES, FREE STAFF AND CORRECTIONAL OFFICERS THROUGH BROKEN CELL WINDOWS IN (AD-SEG) (SHU) UNITS.

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I WANT THE COURT TO AWARD ME ECONOMIC MONETARY DAMAGES OF $50,000 FOR PHYSICAL AND EMOTIONAL PAIN AND SUFFERING, POST-TRAUMATIC STRESS DISORDER AND COST OF COURT FEES.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 6.22.2022     _Jason Learra_
                 Date                Signature of Plaintiff