UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOR LEONARD, | No. 2:22-cv-01231-WBS-DB |
| Plaintiff, | |
| v. | ORDER |
| CSP SACRAMENTO, et al., | |
| Defendants. | |

     Plaintiff, proceeding pro se and in forma pauperis, has filed two second amended complaints. (ECF Nos. 26, 29.)  Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party.  See Fed. R. Civ. P. 15(a).  An answer was filed on February 27, 2024.  (ECF No. 25.)  Plaintiff has filed neither a motion to amend nor a stipulation to amend the complaint signed by all parties.  Plaintiff's amended complaints will therefore be stricken, and this action will proceed on the complaint filed April 28, 2023.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's amended complaints (ECF Nos. 26, 29) are stricken.

Dated:  July 15, 2024

DB16

DB/Prisoner/Civil/R/leon1231.10c

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2