IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOR LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON SACRAMENTO, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01231 WBS DB<br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On March 21, 2024, this court issued a Discovery and Scheduling Order setting deadlines for discovery and for pretrial motions. Defendants seeks an extension of those deadlines. Defendants explain that until the court ruled on its request for screening of the second amended complaint, it could not complete discovery. This court recently struck the second amended complaint. (ECF No. 30.) In addition, defendants correctly note that the April 22, 2024 deadline for pretrial motions was an administrative error. Defendants have demonstrated good cause for the requested extensions of time.

  Accordingly, IT IS HEREBY ORDERED that:

////

1. Defendants' requests for extensions of the discovery and pretrial motion deadlines (ECF Nos. 28, 31) are granted; and

2. The March 21, 2024 Discovery and Scheduling Order is amended as follows: (a) the discovery deadline is extended to October 18, 2024; and (b) the pretrial motion deadline is extended to January 17, 2025. In all other respects the Discovery and Scheduling Order is unchanged.

Dated: July 19, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/leon1231.dso eot