1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASON THOR LEONARD,                     No.  2:22-cv-01231 WBS SCR P

12              Plaintiff,

13         v.                                ORDER

14   CALIFORNIA STATE PRISON
     SACRAMENTO, et al.,
15
                Defendants.
16

17

18         Defendants' motion for summary judgment is pending before the undersigned.  (ECF No.

19   53.)  In order to ensure a complete record of material facts, the undersigned requests additional

20   information from defendants in order to rule on the motion.  See Fed. R. Civ. P. 56(e)(4).

21   Specifically, the court requests that defendants produce a more complete video relevant to the

22   spearing incident on June 30, 2020.  The additional video should include the time period leading

23   up to the spearing incident, including defendants' arrival on plaintiff's tier, the placing of plaintiff

24   in restraints, and the parties' change of direction after encountering a gassing threat from another

25   inmate.  If the court finds that the video footage contains material, admissible facts, it may

26   consider those facts in resolving the motion.

27   ////

28   ////

                                         1

1    Accordingly, IT IS HEREBY ORDERED that defendants shall lodge the requested video

2  of the spearing incident on June 30, 2020, within fourteen (14) days of the service of this order.

3  DATED: October 28, 2025

4

5

      SEAN C. RIORDAN

6        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28